# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
6 Whittier Road, Merrimack, New Hampshire 03054, as ) Case No. 1:24-mj- 191-01-AJ
well as the Person of Bryan Scott Hoy )
)

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ District of New Hampshire, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252(a)(2) | Receipt and Distribution of Material Depicting Sexual Exploitation of a minor |
| 18 U.S.C. 2252(a)(5)(A)(B) & (b)(2) | Possession of Material Depicting Sexual Exploitation of a Minor |
| 18 U.S.C. 2422(b) | Knowingly Persuading or Inducing a Minor to Engage in Illegal Sexual Activity, Including Attempts |

The application is based on these facts:

See Attached

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days *(give exact ending date if more than 30 days:* ____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Andrew P. LaRose
*Applicant's signature*

Andrew P. LaRose, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephonic Means *(specify reliable electronic means)*.

Date: **Aug 7, 2024**

Andrea K. Johnstone
*Judge's signature*

City and state: Concord, New Hampshire     Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*